CyboEnergy Pat-133 Claim Chart Deye ESS Tech– July 2025

# Exhibit B. CyboEnergy Patent-133 Claim Chart vs. Deye ESS Tech (Deye)

Patent-133: "Smart and Scalable Power Inverters"

## A. Claim Chart of CyboEnergy US Patent No. 8,786,133, Claim 15, 16

| Independent Claim | Deye SUN600G3, SUN800G3, SUN1000G3, SUN1300G3, SUN1600G3, and SUN2000G3 Inverters |
|---|---|
| 15. A scalable DC to AC power inversion system for providing AC power to a power grid from a plurality of individual DC power sources each having a DC power output port, comprising: | Deye ESS Technology USA Inc., and its affiliate companies (Deye) manufacture and sell solar inverters that are used in DC to AC power inversion systems. The infringing Deye inverters include SUN600G3, SUN800G3, SUN1000G3, SUN1300G3, SUN1600G3, and SUN2000G3 microinverters as shown below. [1][2][3]<br><br>Deye SUN600G3, SUN800G3, SUN1000G3<br><br>Deye SUN1300G3, SUN1600G3, SUN2000G3<br><br>A scalable DC to AC power inversion system enabled by SUN600G3 or SUN800G3 or SUN1000G3 or SUN1300G3 or SUN1600G3 SUN2000G3 microinverters (Deye SUN Series Microinverters) is scalable as illustrated in its document "Installation User Manual for Photovoltaic Grid-connected Microinverter (Built-in WIFI-G3-US-220V)" [3] as shown below, where a plurality of individual DC power sources (solar panels) each having a DC power output port. The following diagram also shows that the system provides power to a power grid. |

1

CyboEnergy Pat-133 Claim Chart Deye ESS Tech– July 2025

| | |
|---|---|
|  | |
| a) a plurality of power inverters, each of said power inverters including a single DC-AC inverter, at least two DC power input ports coupled to the single DC-AC inverter, an AC power input port, and an AC power output port coupled to the single DC-AC inverter, each of said DC power input ports having one DC power source connected thereto; | A DC to AC power inversion system enabled by Deye SUN Series Microinverters has a plurality of power inverters as shown in the diagram above [3].<br><br>Ref [3] shows that each Deye microinverter has a single DC-AC inverter, at least two DC power input ports coupled to the single DC-AC inverter, an AC power input port, and an AC power output port coupled to the single DC-AC inverter, each of said DC power input ports having one DC power source connected thereto. See marked words in the SUN600G3, SUN800G3, SUN100G3 image below.<br><br><br><br>References [1][2][3] show that each SUN600G3 or SUN1000G3 or SUN2000G3 inverter has a single DC-AC inverter, at least two DC power input ports coupled to the single DC-AC inverter, an AC power input port, and an AC power output port coupled to the single DC-AC inverter, each of said DC power input ports having one DC power source connected thereto. See |

2

CyboEnergy Pat-133 Claim Chart Deye ESS Tech– July 2025

| | |
|---|---|
| | marked words in the SUN1300G3, SUN1600G3, SUN2000G3 image below. In fact, these inverters have four DC input ports compared to SUN600G3, SUN800G3, and SUN1000G3, which has two DC input ports.<br> |
| b) said AC power output port of each power inverter being connected in a daisy chain to the AC power input port of the next power inverter, except for the AC power input port of the first power inverter being left open, and the AC power output port of the last power inverter being connected to a power service panel of the power grid; | In Deye "Installation User Manual for Photovoltaic Grid-connected Microinverter (Built-in WIFI-G3-US-220V)" [3], its Installation Procedure teaches how to connect multiple Deye inverters together in a daisy chain to the AC power input port of the next power inverter, except for the AC power input port of the first power inverter being left open, and the AC power output port of the last power inverter being connected to a power service panel of the power grid:<br><br>"STEP 3 – Connect the microinverter in parallel<br>b. Plug the male AC connector of the Microinverter into the female connector to get it connected." |

CyboEnergy Pat-133 Claim Chart Deye ESS Tech– July 2025



The following diagram from [3] also shows how to connect multiple Deye inverters in a daisy-chain, and the AC power output port of the last power inverter being connected to a power service panel of the power grid.

CyboEnergy Pat-133 Claim Chart Deye ESS Tech– July 2025

| | |
|---|---|
| c) whereby said system is incrementally scalable by adding or subtracting DC power sources and daisy-chained inverters. | On page 2 of SUN1300G3 datasheet [2], it lists the maximum number of units per branch is 4, which implies that the system is incrementally scalable by adding or subtracting DC power sources and inverters. |
| | **1300G3/1600G3/2000G3 Microinverter Datasheet** |
| | Model: SUN1300G3-US-220, SUN1600G3-US-220, SUN2000G3-US-220 |
| | Input Data (DC) |
| | Recommended input power(STC): 210~420W, 210~500W, 210~600W |
| | Maximum input DC voltage: 60V |
| | MPPT Voltage Range: 25~55V |
| | Operating DC Voltage Range: 20~60V |
| | Max DC short circuit current: 19.5A×4 |
| | Max input current: 13A×4 |
| | Output Data (AC) |
| | Rated output Power: 1300W, 1600W, 2000W |
| | Rated output Current: 5.9A, 7.3A, 9.1A |
| | Nominal voltage / range: 220V / 0.85Un-1.1Un |
| | Nominal frequency: 50/60Hz |
| | Extended frequency / range: 45~55Hz/ 55~65Hz |
| | Power factor: >0.99 |
| | Maximum unit per branch: 4, 4, 3 |
| **Dependent Claims** | |
| 16. The system of Claim 15, in which the output of each of said power inverters is single-phase AC. | From Ref [1][2][3], the output of the Deye Sun Series Microinverters is single-phase AC as shown in the following table. |
| | **1300G3/1600G3/2000G3 Microinverter Datasheet** |
| | Model: SUN1300G3-US-220, SUN1600G3-US-220, SUN2000G3-US-220 |
| | Input Data (DC) |
| | Recommended input power(STC): 210~420W, 210~500W, 210~600W |
| | Maximum input DC voltage: 60V |
| | MPPT Voltage Range: 25~55V |
| | Operating DC Voltage Range: 20~60V |
| | Max DC short circuit current: 19.5A×4 |
| | Max input current: 13A×4 |
| | Output Data (AC) |
| | Rated output Power: 1300W, 1600W, 2000W |
| | Rated output Current: 5.9A, 7.3A, 9.1A |
| | Nominal voltage / range: 220V / 0.85Un-1.1Un |
| | Nominal frequency: 50/60Hz |
| | Extended frequency / range: 45~55Hz/ 55~65Hz |
| | Power factor: >0.99 |
| | Maximum unit per branch: 4, 4, 3 |

CyboEnergy Pat-133 Claim Chart Deye ESS Tech– July 2025

**B. Claim Chart of CyboEnergy US Patent No. 8,786,133, Claim 19, 20, 22, 23**

| Independent Claim | Deye SUN600G3, SUN800G3, SUN1000G3, SUN1300G3, SUN1600G3, and SUN2000G3 Inverters |
|---|---|
| 19. A method of making a DC to AC power conversion system incrementally scalable, comprising: | Deye ESS Technology USA Inc., and its affiliate companies (Deye) manufacture and sell solar inverters that are used in DC to AC power conversion systems. The infringing Deye inverters include SUN600G3, SUN800G3, SUN1000G3, SUN1300G3, SUN1600G3, and SUN2000G3 microinverters as shown below. [1][2][3]<br><br>Deye SUN600G3, SUN800G3, SUN1000G3<br><br>Deye SUN1300G3, SUN1600G3, SUN2000G3<br><br>In the specification of US patent No. 8,786,133, it states that "The inventive smart and scalable power inverters include a novel and unique scalable design so that the DC to AC power inversion system can include as few as one inverter and one DC source, up to a selected number of inverters and multiple DC sources."<br><br>A DC to AC power conversion system enabled by SUN600G3, SUN800G3, SUN1000G3, SUN1300G3, SUN1600G3, and SUN2000G3 microinverters (Deye SUN Series Microinverters) is incrementally scalable as illustrated in its document "Installation User Manual for Photovoltaic Grid-connected Microinverter (Built-in WIFI-G3-US-220V)" [3]  as shown below, where the system includes multiple inverters and multiple solar panels (DC sources). |

6

CyboEnergy Pat-133 Claim Chart Deye ESS Tech– July 2025

| | |
|---|---|
| |  |
| a) providing a plurality of DC power sources and a plurality of DC to AC power inverters, said DC to AC power inverters each having a single DC-AC inverter, an AC input port coupled to the single DC-AC inverter, an AC output port coupled to the single DC-AC inverter, and at least two DC input ports coupled to the single DC-AC inverter; | A DC to AC power conversion system enabled by Deye SUN Series Microinverters has a plurality of DC to AC power inverters. The above diagram in [3] shows a plurality of DC power sources (solar panels) and a plurality of DC to AC power inverters (Deye inverters).<br><br>Deye SUN600G3, SUN800G3, SUN1000G3 Datasheet [1] and Deye SUN1300G3, SUN1600G3, SUN2000G3 Datasheet [2] show that each of these Deye microinverters has a single DC-AC inverter, an AC input port coupled to the single DC-AC inverter, an AC output port coupled to the single DC-AC inverter, and at least two DC input ports coupled to the single DC-AC inverter. See marked words in the SUN600G3, SUN800G3, SUN100G3 image below.<br><br><br> |

CyboEnergy Pat-133 Claim Chart Deye ESS Tech– July 2025

|  | In addition, see marked words in the SUN1300G3, SUN1600G3, SUN2000G3 image below. These inverters have four DC input ports.<br> |
|---|---|
| b) connecting at least one of said DC power sources, respectively, to each of said DC input ports; and | In Deye "Installation User Manual for Photovoltaic Grid-connected Microinverter (Built-in WIFI-G3-US-220V)" [3], its Installation Procedures show how to connect PV Modules (DC power source) to each of the DC input ports of a Deye inverter as shown below.<br> |
| c) providing AC power to the power grid. | In Deye "Installation User Manual for Photovoltaic Grid-connected Microinverter (Built-in WIFI-G3-US-220V)" [3], its Installation Procedures show how to turn the solar power system on as follows:<br><br>Microinverter System Operating Instructions<br><br>To operate the microinverter PV system:<br><br>1. Turn ON the AC circuit breaker on each microinverter AC branch circuit.<br><br>2. Turn ON the main utility-grid AC circuit breaker. Your system will start producing power after a one-minute waiting time.<br>- 10 -<br><br>This means the DC to AC power conversion system enabled by Deye Sun Series microinverters provides AC power to the power grid. |

CyboEnergy Pat-133 Claim Chart Deye ESS Tech– July 2025

| **Dependent Claims** | |
|---|---|
| 20. The method of Claim 19, in which the output of each of said power inverters is single-phase AC. | From Ref [1][2][3], the output of the Deye Sun Series Microinverters is single-phase AC as shown in the following table.<br><br>**1300G3/1600G3/2000G3 Microinverter Datasheet**<br><br>| Model | SUN1300G3-US-220 | SUN1600G3-US-220 | SUN2000G3-US-220 |<br>|---|---|---|---|<br>| **Input Data (DC)** | | | |<br>| Recommended input power(STC) | 210~420W | 210~500W | 210~600W |<br>| Maximum input DC voltage | | 60V | |<br>| MPPT Voltage Range | | 25~55V | |<br>| Operating DC Voltage Range | | 20~60V | |<br>| Max DC short circuit current | | 19.5A×4 | |<br>| Max input current | | 13A×4 | |<br>| **Output Data (AC)** | | | |<br>| Rated output Power | 1300W | 1600W | 2000W |<br>| Rated output Current | 5.9A | 7.3A | 9.1A |<br>| Nominal voltage / range | | 220V / 0.85Un-1.1Un | |<br>| Nominal frequency | | 50/60Hz | |<br>| Extended frequency / range | | 45~55Hz/ 55~65Hz | |<br>| Power factor | | >0.99 | |<br>| Maximum unit per branch | 4 | 4 | 3 | |
| 22. The method of claim 19 further comprising daisy-chaining at least two of said DC to AC power inverters, said AC power output port of each DC to AC power inverter being connected in a daisy chain to the AC power input port of the next DC to AC power inverter, except for the AC power input port of the first DC to AC power inverter being left open, and the AC power output port of the last DC to AC power inverter being connected to a power service panel of the power grid. | As illustrated in Deye "Installation User Manual for Photovoltaic Grid-connected Microinverter (Built-in WIFI-G3-US-220V)" [3], an Deye DC to AC conversion system comprises daisy-chaining at least two Deye power inverters. There are 2 Deye inverters in each branch circuit in the following diagram.<br><br>The AC power output port of each Deye AC power inverter is connected in a daisy chain to the AC power input port of the next Deye power inverter, except for the AC power input port of the first power inverter being left open, and the AC power output port of the last Deye power inverter is connected to a power service panel of the power grid. (See marked words of the following diagram). |

9

CyboEnergy Pat-133 Claim Chart Deye ESS Tech– July 2025

| | |
|---|---|
| |  |
| 23. The method of claim 19 where the providing of AC power includes producing a total AC power that is the summation of the AC power supplied by each said DC to AC power inverter. | As shown in the diagram above, the Deye DC to AC power conversion system produces a total AC power that is the summation of the AC power supplied by each Deye power inverter. |

**Key Words**

PV Modules – Photovoltaic Modules or Solar Panels.

DC – Direct Current.   AC – Alternating Current.

DC Source – DC power source that includes but is not limited to photovoltaic (PV) solar modules, fuel cells, batteries, and other DC power generators.

Grid – Electric Grid or Power Grid.   On-Grid, Grid-Tie, or Grid-Interactive – A DC to AC power conversion or inversion system such as a solar power system that provides or feeds generated power to the electric grid.

CyboEnergy Pat-133 Claim Chart Deye ESS Tech– July 2025

**References**

[1] Deye SUN600G3, SUN800G3, SUN1000G3 Microinverter Datasheet.

https://www.deyeinverter.com/deyeinverter/2022/03/16/deyemicroinverter300-2000wg3-eu230-datasheet-2022.pdf

[2] Deye SUN1300G3, SUN1600G3, SUN2000G3 Microinverter Datasheet.

https://www.deyeinverter.com/deyeinverter/2022/10/12/%E3%80%90b%E3%80%9130240303000043%E6%9C%8D%E5%8A%A1%E6%8C%87%E5%8D%97%E5%BE%AE%E9%80%86%E5%8D%95%E7%9B%B8-sun-(1300-2000)g3deye%E5%BD%A9%E5%8D%B0157g%E9%93%9C%E7%89%88%E7%BA%B8%E8%8B%B1%E6%96%87%E5%8D%95%E9%A1%B5.pdf

[3] Deye Installation User Manual for Photovoltaic Grid-connected Microinverter (Built-in WIFI-G3-US-220V)

https://www.deyeinverter.com/deyeinverter/2023/02/11/rand/8486/%E3%80%90B%E3%80%9130240301001503-%E5%BE%AE%E9%80%86%E8%AF%B4%E6%98%8E%E4%B9%A6-SUN(300%EF%BD%9E2000)G3(%E5%90%AB%E9%85%8D%E7%BD%91)-US-220-Ver1.2.pdf

[4] Deye 2024 Catalog - World-leading Energy Storage System Provider

https://deyeinverter.eu/downloads/Catalog_DEYE_2024_EU_ENG.pdf


Deye Company Info:

Deye ESS Technology USA Inc.
215 North Sunset Avenue
City of Industry, CA 91744 USA

11