CyboEnergy Pat-488 Claim Chart Deye ESS Tech – July 2025

# Exhibit D. CyboEnergy Patent-488 Claim Chart vs. Deye ESS Tech

Patent-488: "Enclosure and Message System of Smart and Scalable Power Inverters"

## C.  Claim Chart of CyboEnergy US Patent No. 9,331,488, Claim 16

| Independent Claim | Deye SUN600G3, SUN800G3, SUN1000G3, SUN1300G3, SUN1600G3, and SUN2000G3 Inverters |
|---|---|
| 16. A method for indicating status, comprising:<br><br>monitoring the status of a power inverter having multiple DC input channels and monitoring each of the input channels; | Deye ESS Technology USA Inc., and its affiliate companies (Deye) manufacture and sell solar inverters. The infringing Deye inverters include SUN600G3, SUN800G3, SUN1000G3, SUN1300G3, SUN1600G3, and SUN2000G3 microinverters (SUN Series Microinverters) as shown below. [1] [2][3]<br><br>Deye SUN600G3, SUN800G3, SUN1000G3<br><br>Deye SUN1300G3, SUN1600G3, SUN2000G3<br><br>References [1][2][3] show that the Deye SUN600G3, SUN800G3, SUN1000G3, SUN1300G3, SUN1600G3, and SUN2000G3 microinverters have multiple DC input channels or input ports.<br><br>See marked words in the SUN600G3, SUN800G3, SUN100G3 image and in SUN1300G3, SUN1600G3, SUN200G3 image below. |

1

CyboEnergy Pat-488 Claim Chart Deye ESS Tech – July 2025

|  |  |
|---|---|
| and actuating LEDs (light-emitting diodes) based on the monitoring, wherein a system status LED is controlled and arranged to indicate that<br><br>a) the inverter is working;<br><br>b) the inverter is working but has warnings;<br><br>c) the inverter has errors;<br><br>d) the AC grid has errors; and<br><br>e) the inverter is off. | In Deye "Installation User Manual for Photovoltaic Grid-connected Microinverter (Built-in WIFI-G3-US-220V)" [3], the Status Indications and Error Reporting include the following inverter status monitoring functions:<br><br>**Status Indications and Error Reporting**<br><br>**Start up LED**<br><br>One minute after DC power is first applied to the microinverter, one short red blinks indicate a successful microinverter startup sequence, be equal or greater than two short red blinks after DC power is first applied to the microinverter indicate a failure during microinverter setup.<br><br>**Operation LED**<br><br>Flashing Slow Blue     - Producing small power<br>Flashing Fast Blue      - Producing big power<br>Flashing Red             - Not producing power<br>Red blinking two times   - AC low-voltage or high-voltage<br>Red blinking three times - Grid failure |

2

CyboEnergy Pat-488 Claim Chart Deye ESS Tech – July 2025

| | |
|---|---|
| | These instructions show the Deye SUN Series Microinverters perform: |
| | monitoring the status of a power inverter having multiple DC input channels and monitoring each of the input channels; and actuating LEDs (light-emitting diodes) based on the monitoring, wherein a system status LED is controlled and arranged to indicate that |
| | a) the inverter is working, (Flashing Fast Blue, Producing Power); |
| | b) the inverter is working but has warnings, (Flashing Slow Blue, Only Producing Small Power); |
| | c) the inverter has errors, (Flashing Red, Not Producing Power); |
| | d) the AC grid has errors, (Red Blinking Three Times); and |
| | e) the inverter is off, (LED is not flashing or not on). |

**Key Words**

LED - Light-Emitting Diodes

PV – Photovoltaic.

PV Modules – Photovoltaic Modules or Solar Panels.

DC – Direct Current.

AC – Alternating Current.

DC Source – DC power source that includes but is not limited to photovoltaic (PV) solar modules, fuel cells, batteries, and other DC power generators.

Grid – Electric Grid or Power Grid

On-Grid, Grid-Tie, or Grid-Interactive – A DC to AC power conversion or inversion system such as a solar power system that provides or feeds generated power to the electric grid.

**References**

[1] Deye SUN600G3, SUN800G3, SUN1000G3 Microinverter Datasheet.
https://asset.conrad.com/media10/add/160267/c1/-/de/839521818DS00/datenblatt-838401264-balkonkraftwerk-mikro-wechselrichter-deye-sun600g3-eu-230.pdf

[2] Deye SUN1300G3, SUN1600G3, SUN2000G3 Microinverter Datasheet.
https://www.deyeinverter.com/deyeinverter/2021/06/12/%E3%80%90b%E3%80%91microinvertersun1300-2000g3-eu-230.pdf

[3] Deye Installation User Manual for Photovoltaic Grid-connected Microinverter (Built-in WIFI-G3-US-220V).
https://www.deyeinverter.com/deyeinverter/2023/02/11/rand/8486/%E3%80%90B%E3%80%9130240301001503-%E5%BE%AE%E9%80%86%E8%AF%B4%E6%98%8E%E4%B9%A6-SUN(300%EF%BD%9E2000)G3(%E5%90%AB%E9%85%8D%E7%BD%91)-US-220-Ver1.2.pdf

[4] Deye 2024 Catalog - World-leading Energy Storage System Provider.
https://deyeinverter.eu/downloads/Catalog_DEYE_2024_EU_ENG.pdf


Deye Company Info:

Deye ESS Technology USA Inc.
215 North Sunset Avenue
City of Industry, CA 91744 USA