Jennifer Ishimoto (CA State Bar No. 211845)
BANIE & ISHIMOTO LLP
ishimoto@banishlaw.com
2100 Geng Road, Suite 210
Palo Alto, California 94303
Telephone: (408) 981-9472

*Attorneys for Plaintiff*
CyboEnergy, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYBOENERGY, INC., a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>DEYE ESS TECHNOLOGY USA, a Delaware corporation and NINGBO DEYE INVERTER TECHNOLOGY CO., LTD. a company of People's Republic of China,<br><br>Defendants. | Case No.:  2:25-cv-07964-AH-PD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: October 17, 2025<br>Current Response Date: November 7, 2025<br>New Response Date: December 8, 2025 |

WHEREAS, plaintiff CyboEnergy, Inc. ("Plaintiff") served its Complaint on defendant Deye ESS Technology USA ("Deye USA") on October 17, 2025;

WHEREAS, Deye USA's response to Plaintiff's Complaint is currently due on November 7, 2025;

WHEREAS, the Parties are discussing settlement of this matter and desire more time, they have agreed to a 30-day extension (until December 8, 2025) for Deye USA to respond to the Complaint;

-1-
L.R. 8-3 Stipulation to Extend Time to Respond to Complaint

1   WHEREAS, this extension of time to respond is not sought for purposes of
2   delay, and cannot and will not be used directly or indirectly to prejudice any rights
3   of either party; and
4   WHEREAS, this extension of time will not alter any event or deadline already
5   fixed by the Court.
6   Accordingly, Plaintiff agrees to such extension and stipulates as follows:
7   That Deye USA shall have up to and including December 8, 2025 to respond
8   to the Complaint.

10   **IT IS SO STIPULATED.**

Dated: November 7, 2025

Respectfully Submitted,

*/s/ Jennifer Ishimoto*
Jennifer Ishimoto (#211845)
**BANIE & ISHIMOTO LLP**
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone: (408) 981-9472
Email: ishimoto@banishlaw.com

**Attorney for CyboEnergy, Inc.**

- 2 -
Complaint for Patent Infringeemnt